```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :    POST-INDICTMENT
                              :    RESTRAINING ORDER PURSUANT
        - v. -                :    TO 18 U.S.C.
                              :    §§ 981(a)(1)(C) &
                              :    982(a)(1), 21 U.S.C.
MICHAEL PEARSE,               :    § 853(e)(1), and 28 U.S.C.
                              :    § 2461(c)
        Defendant.            :
                              :    15 Cr. 616 (AT)
                              :
- - - - - - - - - - - - - - - x

      Upon the application of GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) & 982(a)(1) and Title 28, United States Code, Section 2461(c), based on the Affidavit of Special Agent Quoc Tuan Nguyen of the United States Internal Revenue Service, executed on January 4, 2019, and upon a finding of probable cause that the Subject Properties, defined below, are subject to forfeiture and restraint pursuant to Title 21, United States Code, Section 853(e)(1),

      **IT IS HEREBY ORDERED** that MICHAEL PEARSE, the defendant, and all attorneys, agents, and employees, and anyone acting on the behalf of the defendant, and all persons or entities in active concert or participation with any of the

above, and all persons or entities having knowledge of this Order, shall not take any action prohibited by this Order.

**IT IS FURTHER ORDERED** that MICHAEL PEARSE, the defendant, and all attorneys, agents, and employees, and anyone acting on the behalf of the defendant, and all persons or entities in active concert or participation with any of the above, and all persons or entities having knowledge of this Order, shall not, directly or indirectly, transfer, sell, assign, pledge, hypothecate, encumber, or dispose of in any manner; cause to be transferred, sold, assigned, pledged, hypothecated, encumbered, disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the following property:

      a. All right, title, and interest in the limited partnership interest in Blackwall Capital Holdings, LP in the name of Michael J. Pearse, equal to 1.5% based on a capital contribution of $150,000, as well as any future distributions of dividends ("Subject Property-1");

      b. Any and all funds, up to and including $10,856.16, held in account number 2007375440 at Bank of America in the name of Michael Pearse, d/b/a Devine Elements,

and all funds traceable thereto ("Subject Property-2");

    c.    Any and all funds, up to and including $4,080.49, held in account number 2007876886 at Bank of America in the name of Michael Pearse, and all funds traceable thereto ("Subject Property-3");

    d.    Any and all funds, up to and including $20,047.24, held in account number 2007876904 at Bank of America in the name of Michael Pearse, and all funds traceable thereto ("Subject Property-4"); and

    e.    Any and all funds, up to and including £22,684.40 GBP, held in account number 00350186 at LLOYDS BANK in the name of MICHAEL PEARSE ("Subject Property-5") (collectively, the "Subject Properties").

**IT IS FURTHER ORDERED** that, with respect to Subject Property-1, all future distributions of dividends shall be either maintained in escrow or turned over to the Internal Revenue Service for maintenance in escrow;

**IT IS FURTHER ORDERED** that the United States Attorney's Office for the Southern District of New York, in its discretion, is authorized to direct the release of the Subject Properties restrained herein;

**IT IS FURTHER ORDERED** that any person or entity claiming an interest in the assets listed in this Order may contact the following Assistant United States Attorneys to clarify the scope of the Order: Assistant United States Attorneys Olga I. Zverovich and Jilan Kamal, Telephone Numbers (212) 637-2514/2192, respectively. Those persons or entities will not be deemed in violation of this Order for any transactions undertaken upon approval made in writing by Assistant United States Attorneys Zverovich and/or Kamal; and

**IT IS FURTHER ORDERED** that this Restraining Order shall be binding upon the defendant, his attorneys, agents, and employees, and all persons in active concert or participation with any of the above, or any other person having knowledge of this Order, and that this Order shall remain in effect until further order of this Court.

Dated: New York, New York
       January 7, 2019

SO ORDERED:

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE