USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_5/18/2021\_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL PEARSE,

                Defendant.

15 Cr. 616-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Due to COVID-19-related scheduling constraints, the change of plea hearing in this action scheduled for May 20, 2021, is ADJOURNED to **June 8, 2021**, at **9:00 a.m.**

The time between May 20, 2021, and June 8 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow the Court to schedule a remote proceeding in light of the ongoing public health crisis caused by COVID-19.

    SO ORDERED.

Dated: May 18, 2021
       New York, New York

                                        ANALISA TORRES
                                    United States District Judge