UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

MICHAEL PEARSE,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/1/2021____

15 Cr. 616-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Due to COVID-19-related scheduling constraints, the change of plea hearing in this action scheduled for June 8, 2021, at 9:00 a.m., is ADJOURNED to **June 8, 2021**, at **12:00 p.m.**

SO ORDERED.

Dated: June 1, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge