USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

MICHAEL PEARSE,

                Defendant.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

S3 15-CR-616 (AT)

Defendant MICHAEL PEARSE hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

\_\_\_ Status and/or Scheduling Conference

\_X\_ Change-of-Plea Hearing

_MP by DL_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

MICHAEL PEARSE
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

DANIEL LYNCH
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

6/8/2021
Date

_[signature]_
ANALISA TORRES
United States District Judge