USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2021

**Daniel F. Lynch**
**Attorney at Law**
**20 Vesey Street, Suite 410**
**New York NY  10007**
**(212) 571-4888**
**Fax (212) 571-4848**
**dlynch4@gmail.com**

September 23, 2021

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *U.S. v. Michael Pearse*
      *Docket 15-CR-616 (AT)*

Dear Justice Torres:

    I am the attorney for Mr. Pearse. The case is currently on the Court's calendar for **October 20, 2021 at 12:00pm** for sentencing in person. The Court adjourned the sentence yesterday from the previous date, October 7, 2021.

    The Court had previously ordered defense counsel's sentencing submissions within two weeks of the sentence date and the Government within one week of sentencing.

    In light of the adjournment of the sentence, I am writing to **request that the defense sentencing submissions also be moved 13 days forward, to two weeks before the new sentence date, or October 6, 2021.** I am informed by AUSA Olga Zverovich that the Government does not object to this motion as long as the Government's time for submission is also moved forward (one week prior to new sentencing date).

    Should the Court require any further information, it will be provided forthwith.

GRANTED.  By **October 6, 2021**, Defendant shall file his sentencing submission.  By **October 13, 2021**, the Government shall file its submission.

SO ORDERED.

Dated: September 24, 2021
    New York, New York

ANALISA TORRES
United States District Judge