

**LAMSON ENGINEERING AUSTRALIA PTY. LTD.**

Incorporating LAMSON DUFF STEEL DIVISION

165 ROOKWOOD ROAD
BANKSTOWN NSW 2200 AUSTRALIA
Telephone (02) 708 3000    Telex AA20709
PO Box 165 BANKSTOWN NSW 2200 AUSTRALIA

July 15, 1986

TO WHOM IT MAY CONCERN

Re: Michael John Pearse

It gives me great pleasure to introduce Michael to you.

I have known Michael and his family for approximately eighteen years and can vouch for his excellent family upbringing and his personal achievements.

Michael attends St. Patricks College, Sutherland, where he is held in high regard by his teachers and fellow students, both for his academic record and pleasant personality.

Some years ago, to assist the family finances, he started as a counter assistant with McDonalds, Engadine. Today he is still there, in the position of Assistant Manager, an achievement which I believe practically demonstrates his considerable abilities.

I have no hesitation in recommending Michael to any prospective employer as an honest, diligent young man who has the ability to reach the top of his chosen profession.

Should you require further information, please do not hesitate to contact me at the above number.

Alan D. Millward AASA CPA
Company Secretary

**LAMSON SIVISON -**

LAMON DETROVISION ENGINEERING WOONCOURA AUSTRALIA

T

XOA

July 15, 1986

TO WHOM IT MAY CONCERN Re: Michael John Pearse It gives me great pleasure to introduce Michael to you.

I have known Michael and his family for approximately eighteen years and can vouch for his excellent family upbringing and his personal achievements.

Michael attends St. Patricks College, Sutherland, where he is held in high regard by his teachers and fellow students, both for his academie record and pleasant personality.

Some years ago, to assist the family finances, he started as a counter assistant with McDonalds, Engadine. Today he is still there, in the position of Assistant Manager, an achievement which I believe practically demonstrates his considerable abilities.

I have no hesitation in recommending Michael to any prospective employer as an honest, diligent young man who has the ability to reach the top of his chosen profession.

Should you require further information, please do not hesitate to contact me at the above number.

Alan D. Millway ASA CPA Company Secretary