USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/26/2022_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
:
UNITED STATES OF AMERICA          :
:
         -against-                :         **ORDER**
:
:
Micheal Pearse                    :
:         15 Cr. 616-4
:         Docket #
---------------------------------------x


  _Analisa Torres_____ ,  **DISTRICT JUDGE**:
       Judge's Name


The C.J.A. attorney assigned to receive cases on this day,

_Florian Miedel_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _January 26, 2022____ .



SO ORDERED.

Dated: January 26, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge