```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/29/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL PEARSE,

                        Defendant.

15 Cr. 616-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       Florian Miedel, the C.J.A. attorney who previously represented Defendant, *see* ECF No. 860, is hereby ordered to resume representation of Defendant in the above-captioned matter, *nunc pro tunc* November 29, 2023.

       SO ORDERED.

Dated: November 29, 2023
        New York, New York

                                             ANALISA TORRES
                                        United States District Judge